NUMBER 13-04-629-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

HARVEY AND DIANA KLOESEL, ET AL.,                            Appellants,

v.

MONTGOMERY & COLLINS, INC. OF TEXAS, 
ET AL.,                                                                           Appellees.
_______________________________________________________

On appeal from the 25th District Court 
 of Lavaca County, Texas
_______________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza 
Memorandum Opinion Per Curiam

         Appellants, HARVEY & DIANA KLOESEL, ET AL., attempted to perfect an
appeal from a judgment entered by the 25th District Court of Lavaca County, Texas. 
 On December 10, 2004, the trial court granted appellants’ motion for new trial.
         The Court, having examined and fully considered the documents on file and the
trial court’s order granting a new trial, is of the opinion that the appeal should be
dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed this
the 3rd day of March, 2005.